IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ASHUNTE SMITH, et al., )<br>)  CASE NO. 2:20-cv-2471<br>Plaintiffs, )<br>)<br>)  Judge Edmund A. Sargus, Jr.<br>)  Magistrate Judge Jolson<br>v. )<br>)<br>MIKE DEWINE, et al., )<br>)<br>Defendants. )<br>) | |

## PLAINTIFFS' MOTION TO EXTEND FILING DEADLINE

Now comes Plaintiffs, by and through their undersigned counsel, Joseph C. Patituce, who respectfully move this Honorable Court pursuant to Local Civil Rule 6.1 for an order continuing the deadline to reply to Defendant's Motion to Dismiss filed on June 26, 2020.  Plaintiffs' current deadline is July 3, 2020 and the Court is closed.

Wherefore, Plaintiffs pray that this Honorable Court grant their motion to extend the reply motion deadline of July 3, 2020 to July 6, 2020.

Respectfully submitted,

By: **/s/ Joseph C. Patituce**
Joseph C. Patituce (0081384)
Megan M. Patituce (0081064)
Kimberly Kendall Corral (0089866)
Patituce & Associates, LLC.
16855 Foltz Industrial Parkway
Strongsville, Ohio 44149
(440) 471-7784 (office)
(440) 398-0536 (fax)
attorney@patitucelaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion has been forwarded to all parties via the clerk's office electronic filing on the 26th day of June, 2020 and via electronic mail to:

Zachary M. Holscher, Esq.
Michael Walton, Esq.
Michael.walton@ohioattorneygeneral.gov
Zachary.holscher@ohioattorneygeneral.gov
Attorneys for Governor DeWine


Thomas E. Madden, Esq.
Thomas.madden@ohioattorneygeneral.gov
Attorney for Director Chambers-Smith

                                        **/s/ Joseph C. Patituce**
                                        Joseph C. Patituce (#0081384)
                                        Megan M. Patituce (0081064)
                                        Kimberly Kendall Corral (0089866)
                                        Attorney for Plaintiff